United States Courts
Southern District of Texas
FILED

OCT 5 2023

Nathan Ochsner, Clerk of Court

UNITES STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

CLAYTON TUTTLE BROTHERS, §
§
Petitioner §
§
VS. § CIVIL ACTION NO. 4:23-CV-03379
§
HARRIS COUNTY, et al., §
§
Respondents §

## Affidavit of Suspension
## of the privilege or writ of Habeas Corpus

I, Clayton Tuttle Brothers, being of sound mind do hereby declare the attached praecipe and the following to be true and correct to the best of my knowledge.

After concluding that Harris County, Judge Robert Johnson, First Court of Appeals and the Lawyers appointed for the representation of the aforementioned criminal cases by and through a political artifice, scheme, practices and procedures have effectively suspended the privilege of the writ of Habeas Corpus and the protected right to petition the Government for redress of grievances;

I did cause a petition for writ of Habeas Corpus to be filed with the Clerk of the Unites States District Court in the Southern District of Texas, Houston Division on September 11th, 2023 at approximately 8:00am to be issued and served upon Harris County, Judge Robert Johnson, and Harris County Community Supervision and Corrections Department.

On September 28, 2023 United States District Judge Andrew S. Hanen entered an Order of Dismissal without prejudice for failing to exhaust State remedies. The writ was not signed, nor service to defendant made. Therefore, I declare my privilege of writ of Habeas Corpus has been suspended.

Affirmed this 5th day of October, 2023

Clayton Tuttle Brothers

# UNITES STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

CLAYTON TUTTLE BROTHERS,    §
§
Petitioner    §
§
§
VS.    §    CIVIL ACTION NO. 4:23-CV-03379
§
HARRIS COUNTY, et al.,    §
§
Respondents    §

## Praecipe to United States District Clerk and Judge Andrew S. Hanen
### substantiam et speciem

To the Honor-able District Clerk and Judge Andrew S. Hanen,

Your Order of Dismissal Without Prejudice of the Petition for Writ of Habeas Corpus was received on Saturday, September 30, 2023 and Petitioner would request that you consider the following exigent circumstances with respect to your refusal to issue the writ filed on Sept. 11, 2023.

The Lawyers appointed to represent my legal person[1] in these cases have either refused to file a Habeas Corpus and/or expressed that Judge Johnson does not "like" Habeas Corpus filed in his court. When attempting to file the petition directly the Petition was ignored by the court and the lawyers. After filing a writ of mandamus in the First Court of Appeals the court determined that such filings are considered Hybrid Representation and would not be accepted. Some of the Lawyers appointed to the cases did off-docket requests and filed motions to amend the bond conditions, which motions were denied. They refuse to file appeals or Petitions for Habeas Corpus Relief. As stated by Harris County's Chief Public Defender, Alex Bunin,

> "defenders face scrutiny from funding authorities who may disapprove of advocacy for systemic change on behalf of clients. That disapproval can result in punishment, including termination of chief defenders. This is because such reforms cost governments money and expedience in the short term". (utexas.edu.../Bunin_Public-Defender-Independence.pdf)

Under the Courts' current *mode of operandi* in order to exercise the protected right to petition the [Government] for redress/relief, one must first waive the protected right to counsel. Under Article 1 Section 10 of the Texas Constitution, in relevant part, secures the right of the *accused to be heard by himself, by his attorney, or both.* This Constitutionally secured right *"or both"* is not protected in HARRIS COUNTY or the First Court of Appeals.

1. Legal personhood understood as status originated in Roman law, where the legal person referred to the *role played* in society. A legal personhood is like a mask or a hat that we employ to play different roles in the legal world as creditor or debtor, plaintiff or defendant, lessee or lessor, owner, or possessor.  Mussawir E., Parsley C. The Law of Persons Today: At the Margins of Jurisprudence. Law Humanit. 2017;11:44–63. doi: 10.1080/17521483.2017.1320041.

During the discovery process when exculpatory evidence was uncovered which would invalidate the controversy and the Public Charges, the files were destroyed, altered and removed. Evidence was referenced in court that medical records indicate that one of the alleged complainants was a virgin in 2008 but brought accusations of intercourse in 2005. Additionally, in 2 related and 4 unrelated CPS interviews complainants denied any sexual abuse (***this exculpatory evidence was delivered to Harris County on or about 11/25/2015 by CPS -3 years before the indictments were filed***\*). When a motion to quash the Indictment under case#39 was filed the Lawyer for the District Attorney's Office abandoned the prosecution on the case. Could a writ of attachment be ordered where it was established that their was fraud in the underlying action on said case? Could the case have been dismissed? Nothing was done to correct the error and the harm.

### Rights are Sacred not to be severed for avarice, procedure, policy, or decorum

One could determined that all State Remedy is exhausted if the State does not afford a reasonable opportunity to petition the State for Remedy. **Bounds v. Smith, 430 U.S. 817 (1977)** citing *Younger v. Gilmore* that respondents' rights to access to the courts and equal protection of the laws had been violated because there was "no indication of any assistance at the initial stage of preparation of writs and petitions." Additionally, Petitioner should not have to waive a constitutionally protected right in order to exercise another constitutionally protected right. *GONZALEZ v. UNITED STATES 483 F. 3d 390* citing *Taylor*, "under the Constitution, certain "fundamental" or "basic" rights cannot be waived unless a defendant personally participates in the waiver." See, e.g., **Taylor v. Illinois, 484 U.S. 400, 417–418 (1988)**

Here, Petitioner possesses Natural Rights (and his Person, Legal Rights) secured by the Constitutions for the United States and Texas, Therefore, the United States and Harris County are under the duty to protect these rights. This is evidenced by the oath of offices and surety bonds executed prior to that Public Officer (who bears the duty to protect these rights) can take office, whether the Officer is aware of this duty or not. "Understanding a duty or a right is not always a condition for holding a duty or right, which guardianship proves. Thus, the law could place a *person* under a duty who does not understand that duty", "Rights and duties are not correlative because the possession of a legal right by someone does not entail the bearing of a legal duty by that same individual, rather it entails the bearing of a legal duty by someone else. Bearing duties is "simply to be placed under it"."[2] These rights are sacred and should not be severed for avarice or to the benefit of procedure, policy, or decorum.

### Are Alternative Remedies available?

One could postulate that the remedy for violations of Constitutionally protected rights would be a *1983*, however, a suit of that nature would most likely be met with a *Younger Abstention* seeing that "State"[3] litigation is still pending irregardless of the irreversible error and harm created

2. Kramer M.H. Do Animals and Dead People Have Legal Rights? Can. J. Law Jurisprudence. 2001;14:29–54.
3. EIN# 74-0008960 STATE OF TEXAS (RSSD # 1623376) is Registered as *"General Government Support"* not Government.
\* The Printed date on the reports was 11/25/2015. 266 pgs were printed only 47 pgs were in discovery. Prosecution gives no

through Harris County's policies and practices. This type of action would not provide the relief sought by the issuance of a writ of Habeas Corpus.

It could also be determined that a ***Civil Rico*** action could be initiated against the agents who acted and/or participated to the deprivation of Constitutionally protected rights under color of law. Possibly a ***Qui Tam*** action to disgorge Harris County of the Public Money, Assistance and Awards originated from the United States under System Award Management and through the General Services Administration as well as the Notes, Bonds and Commercial Paper and/or the cash proceeds from the creation of these Fictitious Obligations which were known, or should have been known, to be backed by Fraudulently filed Public Charges. These actions would not provide the relief sought by the issuance of a writ of Habeas Corpus.

## The Real Controversy

The "State's" evidence in the possession of Harris County is irrefutably clear and does not support the Public Charges. The only controversy that remains is who will pay, or pay back, the anticipation notes, Bonds and securities created by and through said Public Charges. Harris County should not have blindly relied on the "Beliefs" (religious and/or Political) of their own Employees, which have a vested monetary interest in the creation of the bonds and commercial paper ("Liquidity Facilities") backed by Public Charges.

## No Intereference by the United States

It is boasted in the S&P Global Ratings for Harris County[4] under the title *'Ratings above the Sovereign'*, it states that, "The county's GO pledge is the primary source of security on the debt; this severely limits the possibility of negative sovereign intervention in the payment of the debt or in the operations of the county". ***To make it crudely simple, because creating slaves is the primary source of collateral on the County's debt, the United States Government will not interfere.*** This commercial position is eerily similar to the commercial operation and mentality of slavers in the 1700's through mid 1800's

## History of Collateralizing Slaves

Harris County's Business Model is not new. The concept of mortgaging and trafficking enslaved people, not real estate, and "the extension of mortgages to slave property helped fuel the development of the [American slave] system," the historian Joshua Rothman commented[5]. Dilemmas arose in that cotton plantations could not expand their cotton empires without more enslaved workers, ambitious planters needed to find a way to raise enough capital to purchase more hands. Engaging in the practice of slave mortgaging to the issuing of insurance policies on

4. https://budget.harriscountytx.gov/doc/Budget/creditrating/SPRatingsDirect_Nov16_2022.pdf
5. The Ledger and the Chain: How Domestic Slave Traders Shaped America
6. New Directions in Slavery Studies: Commodification, Community, and Comparison

slaves, slave-owners treated slaves as a form of capital to be transferred or protected[6].

Of course, Insurance was needed on the slaves who backed the bonds that investors purchased to provide loans for planters to buy more land and slaves. Aetna, AIG, New York Life and many others stepped up to provide that insurance. **Investors didn't own individual slaves, they owned bonds backed by the slaves' value.** Slavery and Agriculture in the south grew exponentially by mortgaging people to buy more people. By using the collateralization of slaves, access to credit grew faster than Mississippi kudzu[7], leading one 1836 observer to remark that in cotton country "money, or what passed for money, was the only cheap thing to be had."

A cotton plantation in the first decade of the 19th century could leverage their enslaved workers at 8 percent interest and record a return three times that. Sometimes slave-owners volunteered the same enslaved workers for multiple mortgages.[8]

Harris County Creates a multitude of Bonds, Commercial Paper, Notes and Obligations through each "Defendant" and/or their Estate. The Proceeds from the sale of the securities backed by Public Charges is used to Purchase more Prosecutors which in turn creates more Debt backed by Public Charges. A slavery system that only perpetuates itself under the guise of Law and Justice with little regard for the Privileges, Immunities and Rights of the people.

## Who/What is HARRIS COUNTY?

There are more than 15 Entities which are doing business and/or receive Federal assistance as HARRIS COUNTY/COUNTY OF HARRIS hereafter, the "Corporation" under EIN# 76-0454514. The HARRIS COUNTY COMMUNITY SUPERVISION and CORRECTIONS DEPARTMENT (EIN# 83-0467362) is also a Division of the Corporation. HARRIS COUNTY FLOOD CONTROL DISTRICT under EIN# 74-6019452 is *Special Law District* of the Corporation. The Lawyers appointed are employed by HARRIS COUNTY PUBLIC DEFENDERS OFFICE under Flood Control EIN#  (Now Located in the Cotton Exchange building), is a division of the Corporation. The HARRIS COUNTY DISTRICT ATTORNEY'S OFFICE (refused to provide EIN) is registered as a Corporation under system award management (SAM.GOV), also a division of the Corporation. The District Courts and the Officers thereof are also employees of the Corporation. All of which receive their pay and benefits from the Corporation Harris County.

### "A house divided against itself cannot stand" -*Jesus the Christ, circa 33AD*

The Employees protect the Corporation and the Corporation rewards the Employees with exceptional pay and benefits. One such Benefit under the Employee Retirement system of HARRIS COUNTY, the Corporation matches employee's mandatory 7% deposits at 225%. The ERS system

7. Kudzu is a climbing, semi-woody, perennial vine in the pea family that kills other plants by smothering them under a blanket of leaves and by breaking branches or uprooting entire trees and shrubs through the sheer force of its weight.
8. Bank of Kentucky v. Vance's Adm'rs, 4 Litt. 168 (1823)

receives "Contributions" which are directly and indirectly linked to Bonds and Commercial Paper created upon the foundation of these Public Charges. Commercial Paper and Cash Equivalents (more Commercial Paper) make up 34.4% of its Portfolio Composition.

## HARRIS COUNTY CSCD and the
## The PUBLIC IMPROVEMENT DISTRICTS (PID) Act

Once a *Person* is on-boarded into The Corporation's system (possibly defined as 'Extracted' from a Natural Resource) "Defendants" are assigned two (2) distinct numbers; a System Person Number (SPN) and a Public Infrastructure District Number (PID). Public Infrastructure Districts, or PID Numbers are assigned to "Defendants" and/or their Estates as some sort of Certificate of Obligation or Liquidity Facility.

### Bond-Funded PIDs

"Upon issuance of bonds, the bonds are paid back via the collection of the special assessment amounts, payable in annual installments.[9] The PID Act requires payments must be made over a minimum period of five (5) years. (see EXHIBIT A )The PID Act states, "that failure by a ***property owner*** to pay an assessment creates a lien against the property and is a personal debt of the property owner— which is not unreasonable as the PID Act includes necessary safeguards to ensure transparency...".

Although the Exhibit has the word "Assessed" and a "CS Term of five (5) years" and contains a "PID#" there is no transparency and safeguards in place for a *"property owner"* to be made aware of the *"**Property**"* being taxed and the nature of the assessment. Although it's presented to the "Defendant" as A COURT ORDER, other published documentation by Harris County and S&P Global state *Special* assessment of 0.80 per $100 will be a tax for the creation of the bonds which would value the bond linked to Exhibit A at $533,500.00 all without any transparency. It is unclear to Petitioner at this time if the Millions of Dollars paid to *Civil* Engineers has any nexus to the intricacies of converting People and/or their Estates into Public Infrastructure Districts or *"Taxable Property"*. Does this slave-bonding system *"Promote the interests of the County"*?[10] With a multitude of words people are converted to public property to define them to meet the that *interest* to be pledged on a variety of securities. "Equipment" = equipping Jails; "Liquidity Facilities" = cash flow; "Participant" = medical bonds, the list goes on and on. On a typical day in the Harris County Court system a "Defendant" may wear multiple hats of "Personhood" without ever knowing. The system is so perplexing people rely on lawyers who either have there hands tied by the "funding authorities" or are complicit with the Slaughterhouse rules.

9. Article 103.004 requires an officer collecting bail bonds, fines, and *other obligations* in the name of the state to deposit the money in the county treasury within a certain time frame. See EX.CODE GRIM.PROC.ANN. art. 103.004 (Vernon Supp. 2004). Article 103.005 requires an officer who collects money for the county or the state to report certain information to the commissioners court.

10. Title 8. PUBLIC PROPERTY FINANCE ACT "Personal property" includes ...equipment, facilities, and furnishings, or an interest in personal property... considered by the governing body of the governmental agency to be *necessary, useful, or appropriate to one or more purposes of the governmental agency*. (11) "Real property" means ... an estate or interest in real property...

AUTHORIZED IMPROVEMENTS (a) reads in part, "If the governing body of a municipality or county finds that it promotes *the interests* of the municipality or county, the governing body may undertake an improvement project that *confers a special benefit* on a definable part (PID) of the municipality or county", (b) public improvement project may include: (13) special supplemental services for improvement and promotion of the district, including...public safety, security".

"...The waters which thou sawest, where the whore sitteth, are peoples, and multitudes, and nations, and tongues." -*Book of Revelation 17:5*

## HARRIS COUNTY FLOOD CONTROL DISTRICT

The Harris County Flood Control District, hereafter, "Flood Control" is a *special law district* created in 1937 by Article 8280-120, V. T. C. S. Section 1 of Article 8280-120 provides that -the District "shall be a governmental agency and body politic and corporate . . ." Flood Control uses Sec. 59 of Article 16 of the Texas Constitution and Chapter 1371 Texas Government Code to create Securities, Anticipation Notes, Revenue Notes and Certificates of Obligation. According to the Texas Constitution under this section all **Natural Resources** are declared Public Rights and Duties. Is Flood Control being used as Special Purpose Vehicle (SPV) to enslave the people?

> *Natural resources*: "any material in its native state which when extracted has economic value." Black's Law (Sixth edition, 1990)

> *Natural Resources*: Anything and everything that is available naturally on earth is a natural resource. Which can be divided into two categories, Biotic and Abiotic: Any life form that lives within nature is a Biotic Resource, *like humans*, animals, plants, etc.

## HARRIS COUNTY PUBLIC DEFENDERS OFFICE

In 2010 Harris County established the Public Defenders office under Flood Control's EIN Number.* The County still relies on the Court-Appointed Lawyer system which is a "lucrative system, and court-appointed lawyers reap handsome income, some up to half a million dollars a year. Probably the only system in which an employee can walk into the job, sign a reset form and get paid for a full days work. Month after month, year after year the system drags on usually due to the fact that the Charges were filed and the securities were created prior to the Corporation having possession of any evidence. Even after Four (4) years the discovery process is still not complete. It makes necessary the building of more jails, enriching contractors and suppliers, and creating new jobs in the criminal justice system. Granted, most of the Harris County employees are blind to the underlying system or actually think the system represents something noble (God Forgive them) but for the core bundle It's either complicity or the employees are leveraged with the *funding power* of the Corporation's ever deepening pockets. Why would those that benefit the most raise any awareness to the corruption, collusion, or injustice? In an effort to "Reduce and control costs and stay within budgeted amounts in the department's seven divisions," the Corporation dispenses with the formalities of balance and the duty to actually protect the rights secured by the Constitutions and their oaths. Who oversees and facilitates the GOBs[11] created?

* Information provided via Telephonic Communication with Harris County Public Defenders Office.
11. GOB is the acronym for GENERAL ORDER BONDS which is one of the foundational securities in the County's system.

What is a reason why criminal statutes never have a public bill of cost attached to them? Possibly to hide the true jurisdictional nature of the "criminal statutes", or is it simply because the cost is the value of the *Person's* Estate or whatever the market will bear at the time of sale?

The 13th amendment justifies slavery as a punishment of a crime when a party is duly convicted. What is not justified is the method at which Harris County obtains the "Convictions" and creating the debt-bonding prior to the conviction is putting the cart before the horse, which is not proper and decays into tyranny.

## In Conclusion

Acts of oppression, slavery and involuntary servitude, whether clothed by credit ratings, ('above the sovereign'), County 'Interest', underwriting banks, and the co-signatures of bond councils and attorn-eys remains en-force as oppression, slavery and involuntary servitude. A pig is still a pig whether in the mire or adorned with a crown, lipstick or cage numbers.

Harris County's systematic oppression is so deeply reliant on collateralizing slaves and debt bonding that the threads of equity and justice have been frayed. Perpetual malfeasance will only lead to perpetual slavery. If Harris County is too big to fail or too big for intervention its oppression-stained garment will be too mired to cleanse. The sovereign must intervene or history teaches us a Despotic Nation will follow.

## THEREFORE

Harris County, Judge Robert Johnson and the Harris County Community Supervision and Corrections Department should be brought to answer "As Applied" within the purview of these cases and a Writ should issue and be served upon the Defendants.

Affirmed this 5th day of October, 2023

Clayton Brothers

### No FEAR Act Notice
Pursuant to Public Law 107-174, Title I, General Provisions, section 101(1)

Retaliation for making a protected disclosure is prohibited by 5 U.S.C. subsection 2302(b)(8)d Disclosure of information by that individual that is reasonably believed to evidence violations of law, rule or regulation; gross mismanagement; gross waste of funds; an abuse of authority; or a substantial and specific danger to public health or safety.

In Brown v. Vasquez, 952 F.2d 1164, 1166 (9th Cir. 1991), cert. denied, 112 S.Ct. 1778 (1992), the court observed that the Supreme Court has "recognized the fact that `[t]he writ of habeas corpus is the fundamental instrument for safeguarding individual freedom against arbitrary and lawless state action.' Harris v. Nelson, 394 U.S. 286, 290-91 (1969). " Therefore, the writ must be "administered with the initiative and flexibility essential to insure that miscarriages of justice within its reach are surfaced and corrected." Harris, 394 U.S. at 291.

# EXHIBIT A

# HARRIS COUNTY COMMUNITY SUPERVISION AND CORRECTIONS

## FINANCIALS FOR CLAYTON TUTTLE BROTHERS / ▓▓▓601010

CS Term: 06/24/2019 - 06/23/2024
Officer: MARIBEL VILLARREAL
Status: PRETRIAL SUPERVISION

*Assessed Tax*
*0.80 per $100*

*Value  533,500.00*

| Fees Type | Begin | Assessed | Per Month | Total Credit | Balance | Amt Due |
|---|---|---|---|---|---|---|
| Cost Bill | 06/24/19 | 0.00 | | 0.00 | 0.00 | 0.00 |
| Supervision Fees Bond | 08/01/19 | 3,600.00 | 60.00 | 2,700.00 | 900.00 | 120.00 |
| Drug Test - Bond Case | 08/01/19 | 600.00 | 10.00 | 448.00 | 152.00 | 22.00 |
| Transaction Fee | 07/26/19 | 68.00 | | 68.00 | 0.00 | 0.00 |
| **Totals** | | 4,268.00 | 70.00 | 3,216.00 | 1,052.00 | 142.00 |

| Receipt | Date | Assessed | Waived | Paid | Fee Type | Allocation |
|---|---|---|---|---|---|---|
| 72103 | 07/26/19 | | | 71.00 | Supervision Fees Bond | 69.00 |
| | | | | | Transaction Fee | 2.00 |
| 84935 | 08/31/19 | | | 72.00 | Supervision Fees Bond | 60.00 |
| | | | | | Drug Test - Bond Case | 10.00 |
| | | | | | Transaction Fee | 2.00 |
| 96255 | 10/01/19 | | | 76.00 | Supervision Fees Bond | 54.00 |
| | | | | | Drug Test - Bond Case | 20.00 |
| | | | | | Transaction Fee | 2.00 |
| 107896 | 11/03/19 | | | 72.00 | Supervision Fees Bond | 60.00 |
| | | | | | Drug Test - Bond Case | 10.00 |
| | | | | | Transaction Fee | 2.00 |
| 122836 | 12/11/19 | | | 69.00 | Supervision Fees Bond | 57.00 |
| | | | | | Drug Test - Bond Case | 10.00 |
| | | | | | Transaction Fee | 2.00 |
| 134660 | 01/15/20 | | | 72.00 | Supervision Fees Bond | 60.00 |

For Online Payments Please Go To Paycscd.Com. You Will Need Your Pid# ▓▓▓42126t